# AGUEDO DE LA TORRE

Servicios Paralegales
PO Box 50380
Toa Baja, Puerto Rico, 00950-0380
Tel. (939) 639-0638
edian@onelinkpr.net

# INVOICE

A:
**Lcdo. Donato Rivera**

Re:
**Monin Berio Vs**
Gerardo Flores

Invoice No.  **IN11160**

Date  1/21/2015

| Description | Amount |
|---|---|
| Emplazamiento Senado de PR | $150.00 |
| **Total** | **$150.00** |
| **Amount Due** | **$150.00** |

*TERMS & CONDITIONS*
*NET 30 DAYS*